**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**THOMAS YOUNK,**

       **Plaintiff,**

**v.**                          **CASE NO.4:13-cv-97-MW/GRJ**

**TERRY ROYAL, et al.,**

       **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.5, filed March 11, 2013.  Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  The Clerk shall enter judgment stating, "This cause is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii)."  The Clerk shall terminate any pending motions and shall close the file.

SO ORDERED on March 29, 2013.

                                 s/Mark E. Walker        
                                 United States District Judge